# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM MAURICE NEWKIRK *aka* "Pelly"; DJAVON LAMONT KING; MARIO JUAN DRAKE; and DEJON ANTHONY DUNCAN, <br><br> Defendants. | CR 20-25-BLG-SPW <br><br><br><br> ORDER |

Pursuant to Motion by the United States and with the Court's concurrence,

IT IS HEREBY ORDERED:

That for the reasons contained in the government's motion, the above-named indictment is sealed. The case and indictment shall be unsealed as to all defendants when any defendant named in the indictment makes an initial appearance in Court to answer the charges. L.R. CR 6.2(c)(1); (4).

1

IT IS FURTHER ORDERED that this Order is a sealed document and shall not be made public at any time except upon further order of the Court. A copy of this Order shall be made available to the United States Attorney's Office and the United States Marshals Service so that it may have notice of the requirements placed on those offices by the terms of this order.

DATED this 6th day of March, 2020.

_____
Timothy J. Cavan
United States Magistrate Judge