IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM MAURICE NEWKIRK aka "Pelly",<br><br>Defendant. | CR 20-25-BLG-SPW-1<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Extension of Time (Doc. 200) to file his reply to the Government's response to Defendant's Motion to Sever, and for good cause being shown,

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Time (Doc. 200) is **GRANTED.** The Defendant has up to and including **November 1, 2021**, to file his reply to the Government's Response to Defendant's Motion to Sever.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of October, 2021.

SUSAN P. WATTERS
United States District Judge

1